Monroe L. Hawkins
#10598-067 FCI Ray Brook

October 27, 2005

FILED
HARRISBURG, PA

NOV 3 2005

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Honorable Judge Caldwell,

    I Monroe L. Hawkins, writing to ask the court if it could send myself a copy of the 2255 motion my attorney Anthony Thomas filed with this court on my behalf. I have adamantly continued my attempt to make contact with Mr. Thomas, to no avail has it happened of now. The last I've heard of Mr. Thomas he had filed a motion for extension of time to file a (2255) motion. He informed myself that he would file it, send me a copy as soon as possible. Since this time there has been no copy sent, nor have I had any contact with him. I would appreciate it if the courts could send myself a copy of the (2255) motion that was filed so that I may review it and see if there is any issues that I may need to address to the courts, my attorney may not have presented. I'd also like to remove my attorney, that I may proceed pro se.

THANK YOU
*M. L. Hawkins*

Name: Monroe L. Hawkins
Register Number: 10598-067
Federal Correctional Institution Ray Brook
P.O. Box 9002   MOH-A
Ray Brook, New York 12977

17101/2005

Honorable Judge William W. Caldwell
Courtroom #1
Federal Building
Harrisburg, PA. 17101



