

Case No: 1:01-cr-00025-WWC   Document No: 121, User: am, 1 Copy Printed: Nov, 3, 2005 03:39 PM

Monroe Hawkins
USP-Lewisburg
10598-067
RD#5, Federal Prison
Lewisburg, PA 17837

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    :
    Plaintiff
                            :
    vs.                           CRIMINAL NO. 1:CR-01-025-01
                            :
MONROE HAWKINS,
    Defendant                 :

*O R D E R*

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On November 3, 2005, the court received a letter from Defendant inquiring about the 28 U.S.C. § 2255 motion his counsel was to have filed by August 22, 2003, after receiving an extension of time to do so. No 2255 motion has been filed in this case. A response from counsel to the allegations of the letter is appropriate. (A copy of the letter is attached.)

Accordingly, this 3rd day of November, 2005, it is ordered that, within ten (10) days of the date of this order, defense counsel shall file a response to this order stating why no 2255 motion was filed and providing any other information counsel believes is relevant to Defendant's inquiry.

                                            /s/William W. Caldwell
                                            William W. Caldwell
                                            United States District Judge

01-25



Monroe L. Hawkins
#10598-067  FCI Ray Brook

October 27, 2005

Honorable Judge Caldwell,

I Monroe L. Hawkins, writing to ask the court if it could send myself a copy of the 2255 motion my attorney Anthony Thomas filed with this court on my behalf. I have adamantly continued my attempt to make contact with Mr. Thomas, to no avail has it happened of now. The last I've heard of Mr. Thomas he had filed a motion for extension of time to file a (2255) motion. He informed myself that he would file it, send me a copy as soon as possible. Since this time there has been no copy sent, nor have I had any contact with him. I would appreciate it if the courts could send myself a copy of the (2255) motion that was filed so that I may review it and see if there is any issues that I may need to address to the courts, my attorney may not have presented. I'd also like to remove my attorney, that I may proceed pro se.

THANK YOU

M. L. Hawkins