```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,       :
       Plaintiff                :
                                :
       vs.                      :  CRIMINAL NO.  1:CR-01-025-01
                                :
MONROE HAWKINS,                 :
       Defendant                :
```

*O R D E R*

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

  The defendant, who was convicted by a jury on June 15, 2001, was represented at trial by the federal public defender. On April 18, 2002, prior to sentencing, new counsel, Anthony N. Thomas, Esquire, entered his appearance for the defendant and represented him at sentencing on July 24, 2002.

  One year later, on July 24, 2003, the court granted a motion filed by Mr. Thomas to extend defendant's time for filing a § 2255, and directed that a motion must be filed by August 22, 2003. The docket reflects the fact that no motion was ever filed.

  More than two years later, on November 3, 2005, the court received a letter from defendant requesting a copy of his § 2255 motion. On that same date an order was entered directing Mr. Thomas to file a response within ten days indicating why no

motion had been filed.  Apparently this order never reached Mr. Thomas, and on November 30, 2005, another order was entered, which provided Mr. Thomas with a copy of the November 3, 2005, order and directed that a response be made within ten days thereof (by December 14, 2005).  No response has been forthcoming.

      In consideration of this history it is

ORDERED

that Anthony N. Thomas, Esquire, appear personally before the court on Tuesday, January 17, 2006, at 11:00 a.m., and show cause why he should not be held in contempt and sanctioned for failing to comply with the orders entered in this case on July 24, 2003, November 3, 2005 and November 30, 2005.

      On or before January 12, 2006, a copy of this order shall be served personally on Mr. Thomas by the United States Marshal.

      /s/William W. Caldwell
      William W. Caldwell
      United States District Judge

Date: January 6, 2006