```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,          :
      Plaintiff
                              :
     vs.                  CRIMINAL NO.  1:CR-01-025-01
                              :
MONROE HAWKINS,
      Defendant              :

*O R D E R*

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

      The defendant's attorney (at sentencing) in this matter, Anthony N. Thomas, Esquire, failed to file a habeas petition as requested following defendant's sentencing on July 24, 2002.  One year later, on July 24, 2003, we granted Mr. Thomas an extension until August 22, 2003, to file a petition. Until November 3, 2005, the defendant and the court were unaware that Mr. Thomas had failed to file a petition.  In the interval Mr. Thomas has withdrawn from the practice of law.

      We deem it necessary to appoint an attorney for the defendant, to pursue such remedies that are available at this time.  We therefore appoint Dennis E. Boyle, Esquire, 1525 Cedar

Cliff Drive, Camp Hill, PA 17011 (phone 717-737-2430) to represent the defendant.

                                        /s/William W. Caldwell
                                         William W. Caldwell
                                         United States District Judge

Date: January 19, 2006