```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,  Plaintiff | : : | |
| vs. | : | CRIMINAL NO. 1:CR-01-025-01 |
| MONROE HAWKINS,  Defendant | : : | |

*O R D E R*

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

  Pursuant to an order entered on January 6, 2006, Anthony N. Thomas, Esquire, appeared before the court on January 17, 2006, to show cause why he should not be sanctioned for failing to comply with court orders previously entered in this case (as summarized in the January 6, 2006 order).

  Mr. Thomas testified that he could not explain why he had failed to comply with prior court orders, although he offered unpersuasive excuses. There is no doubt he was negligent in his representation of the defendant.

  Mr. Thomas stated that his license to practice law is currently inactive and that he has withdrawn from the practice of law. He also indicated that his office building and home are now in foreclosure, and that he is unemployed.

It appears that there are no realistic sanctions to consider in disciplining Mr. Thomas for his inaction on behalf of his client.  I concluded that the only available recourse was to refer this scenario to the Pennsylvania Disciplinary Board for whatever action it deems appropriate.

The matter was referred to the Board on January 19, 2006.

  /s/William W. Caldwell
William W. Caldwell
United States District Judge

Date: January 23, 2006