IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : NO. 1:01-CR-025-01 |
| | : |
| MONROE HAWKINS | : JUDGE CALDWELL |

## ORDER

**AND NOW** this _____ day of _____, 2006, upon consideration of the Defendant, Monroe Hawkins', Motion Under 28 U.S.C. §2255 to Vacate, Set Aside or Correct Sentence alleging ineffective assistance of counsel, said Motion is hereby GRANTED. The appeal rights of the Defendant, Monroe Hawkins, are hereby restored. Counsel for Monroe Hawkins is directed to file a Notice of Appeal within 10 days of this Order.

BY THE COURT:

_____
William W. Caldwell, J.