**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : NO. 1:01-CR-025-01 |
| | : |
| MONROE HAWKINS | : JUDGE CALDWELL |

**CERTIFICATE OF CONCURRENCE**

I, Dennis E. Boyle, Esquire, hereby certify that I have contacted Assistant United States Attorney William A. Behe, Esquire, and he stated that the Government would concur in the Defendant's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence.

        /s/  *Dennis E. Boyle*
    Dennis E. Boyle, Esquire

Dated:  September 22, 2006