# NOTICE OF APPEAL TO THE
# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**U.S. District Court - Middle District of Pennsylvania (Harrisburg)**

FULL CAPTION IN DISTRICT COURT:   Circuit Court Docket No. _____

**UNITED STATES OF AMERICA**   District Court Docket No. 1:01-CR-025-01

v.   District Court Judge William W. Caldwell

**MONROE HAWKINS**

Notice is hereby given that  MONROE HAWKINS   appeals to the United States Court of Appeals for the Third Circuit from  [X]  Judgment;  [ ] Order;  [ ] Other (Specify)   Judgment  entered in this action on   July 24, 2002 . Defendant's appeal rights were restored by Order of the District Court dated September 22, 2006.

Dated:  September 29, 2006

/s/  Dennis E. Boyle
(Counsel for Appellant - Signature)

| | |
|---|---|
| Dennis E. Boyle, Esquire | William A. Behe, Esquire |
| (Name of counsel - Typed) | (Counsel for Appellee) |
| 1525 Cedar Cliff Drive | U.S. Attorney's Office |
| (Address) | (Address) |
| | P. O. Box 11754 |
| Camp Hill, PA  17011-7707 | Harrisburg  PA  17108 |
| (717) 737-2430 | (717) 221-4482 |
| (Tel. No. - FTS or Other) | (Tel. No. - FTS or Other) |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the date listed below I electronically filed the foregoing Notice of Appeal with the Court using the CM/ECF system, which sent notification of such filing to the following person(s) at the following email address(es):

    William A. Behe, Esquire
    william.behe@usdoj.gov

     And I hereby certify that I have mailed by United States First Class Mail the document to the following person(s) at the following address(es):

    Monroe Hawkins  #10598-067
    FCI Ray Brook
    P. O. Box 300
    Ray Brook, NY  12977

                                            /s/ *Penny A. Rogers*
                                            Penny A. Rogers, Paralegal

Dated:  September 29, 2006