```
THOMAS A. MARINO
United States Attorney
G. MICHAEL THIEL
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Washington & Linden
Scranton, PA  18503
Phone:  (570)348-2800
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:CR-0025-1 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | SATISFACTION OF JUDGMENT |
| | ) | (Caldwell, J.) |
| | ) | |
| MONROE HAWKINS, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Full satisfaction is hereby acknowledged of that certain judgment entered on July 24, 2002, in favor of the United States of America, against the above-named defendant. The Clerk is hereby authorized and directed to enter full satisfaction of record in this action.

DATED:  October 6, 2006

```
                              THOMAS A. MARINO
                              United States Attorney

                              /s G. MICHAEL THIEL
                              G. MICHAEL THIEL
                              Assistant U.S. Attorney

                              KAREN M. MUSLOSKI
                              Paralegal Specialist
```