Monroe LuGene:Hawkins  
c/o 2719 N. 5th Street  
Harrisburg [17110]  
Pennsylvania state

Date:

**FILED**  
HARRISBURG, PA

SEP 0 - 2008

MARY E. D'ANDREA, CLERK  
Per _____  
Deputy Clerk

In Special Visitation  
Under Protest and In  
Propria Persona

---

**UNITED STATES DISTRICT COURT FOR THE**  
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Plaintiff<br><br>v.<br><br>Monroe Lugene Hawkins<br>(Defendant) | Incorporated Case No.<br><br>1:01-cr-025-01<br><br>NOTICE AND DEMAND FOR FULL DISCLOSURE OF SUBJECT-MATTER JURISDICTION BY AFFIDAVIT, PURSUANT TO TITLE 28 U.S.C §1359 FRCP RULES 9(b), 12(6), (1),(2), 12(h)(3). |

**NOTICE AND DEMAND FOR FULL DISCLOSURE OF**  
**SUBJECT-MATTER JURISDICTION BY AFFIDAVIT**

I, Monroe LuGene:Hawkins, Sui Juris, as Myself and for Myself herein Your Affiant, in special visitation, under Threats, Duress and Coerciaon, a Pennsylvania state Citizen, expressly not a citizen of the United States ("federal citizen") competent to bring forth this Affidavit and this is My good faith effort to so do, does declare the following facts to be true, correct, complete and not misleading under penalty of perjury, under the laws of the United States of America pursuant to [Title 28 U.S.C.A. Sec. 1746(1) and does so state:

1) Fact: Your Affiant has personal knowledge of the facts stated herein; and that

2) Fact: Your Affiant is not a citizen of the United States ("federal citizen") Fourteenth amendment person, civil servant, nor a person pursuant to statutory definition nor could he ever be; and that

3) Fact: Your Affidavit did not sign any contract with United States, United District Court Middle District of Pennsylvania nor any agent, officer, er agenccy affiliated with said entity ab initio, that is, Pre-complaint, pre-initial appearance, pre-arraignment, pre hearings and pre-judgment; an that

4) Fact: No probable cause was established for Magistrate Judge to issue (rubber stamp) warrant, because there existed NO federal Zone of Interest ab initio to abduct a Pennsylvania Republic Citizen.

5) Fact: In case no. 1:01-cr-025-01 magistrate judge

presiding, what congressionally created rights or constitutional rights were violated?

6) Fact: In Case no. 1:01-cr-025-01, what is the subject-matter jurisdiction that's exclusively one of federal law?;

7) Fact: Your Affiant asserts the fraud and misrepresentation alleged in the complaint and indictment to which Your Affiant was trialed and convicted were made solely for the purpose of obtaining hypothetical federal jurisdiction within Pennsylvania Republic.

8) Fact: Is denial of subject-matter Jurisdiction a constitutional error of the first magnitude?;

9) Fact: This Notice and Demand is not meant to THREATED, COERCE, nor HARASS any of the concerned, it is merely a vehicle to expose the injustice inflicted upon Your Affiant.

This Demand is made so that Your Affiant can determine the jurisdiction of the aforementioned case as it applies to Myself, if it applies at all. The previous questions are necessary, imparitive and material in the preparation of any Remedy or litigation involving Your Affiant in this matter. Respondent has 30 days from receipt of this Demand to respond to the previous questions. Failure to respond within 30 days will result in FAULT and DEFAULT being issued. A DEFAULT will result in the prima facie evidence of bad faith on plaintiffs part and on the part of United States, UNITED STATES OF AMERICA, UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF PENNSYLVANIA, U.S. ATTORNEYS OFFICE, U.S. ATTORNEY, assistant U.S. Attorney William Behe its agents, officers principals and assigns. DEFAULT will be deemed as an exhaustion of Your Affiants administrative procedures and remedies. This will be deemed as plaintiff-party's and counsels consent, admission and permission to enable Your Affiant/Aggrieved Party to seek judicial remedy for DENIAL OF DUE PROCESS OF LAW and abuse of process by an original action and fraud upon the court.

> A NON RESPONSIVE ANSWER to any FACT (question) set forth herein will be deemed a non responsive answer to all FACTS. All facts must be answered thereto in the required manner, or will be deemed a NON RESPONSE to the FACTS. AFFIDAVIT MUST BE IN YOUR CHRISTIAN OR FAMILY NAME SUCH NAME MUST BE USED AS SIGNATURE; ANSWERS TO AFFIDAVIT MUST BE PURSUANT TO Public Law 94-550 "Under Oath and Affirmation to be admissable on Court Records"

2

YOUR Affiant Saith naught

NOTICE ON PRINCIPAL IS NOTICE ON THE AGENT AND NOTICE ON THE AGENT IS NOTICE ON THE PRINCIPAL APPLICABLE TO ALL SUCCESSORS AND ASSIGNS.

                                           Without Protest
                                   [In the nature of the Uniform
                                   Commercial code 1-207 without
                                   Prejudice]

*Monroe LuGene Hawkins*
Monroe LuGene:Hawkins
Monroe LuGene:Hawkins
All Rights Reserved

DAUPHIN COUNTY        )
                               )
                               ) s.s. Know all men by these presents
State of Pennsylvania  )