```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,     :
        Plaintiff              :
                               :
        vs.                    :   CRIMINAL NO.  1:CR-01-025-01
                               :
MONROE HAWKINS,                :
        Defendant              :
```

*O R D E R*

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

  The Defendant was convicted by a jury on June 15, 2001, on four counts of drug-related offenses.  He was sentenced on July 24,2002, to concurrent terms of imprisonment of twenty years, four years and five years.  In a petition filed pursuant to 28 U.S.C. § 2255 on September 22, 2006, he complained that his attorney had not filed an appeal as he had requested.  In an order entered the same date his appeal rights were restored and new counsel appealed.  On February 27, 2008, his conviction and sentence were affirmed by the Third Circuit Court of Appeals.

  Before the court presently are two documents filed by the pro se defendant on September 2 2008.  One is titled "Notice and Demand for Full Disclosure of Subject-Matter Jurisdiction by Affidavit," and the other "Notice and Demand to Dismiss for Lack of Criminal Jurisdiction."

It is difficult to understand the contentions in these documents, but basically the Defendant appears to argue that he is not a citizen of the United States, and that the United States has no jurisdiction to prosecute a state citizen, unless the United States can show ownership of the place where the crime was committed, and cessation of jurisdiction by the state. Obviously there is no merit to such frivolous arguments. If considered seriously they are pre-trial matters in any event.

It is therefore Ordered that said motions (docs. 159 and 160) are dismissed.

    /s/William W. Caldwell
William W. Caldwell
United States District Judge

Date: September 12, 2008